UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-M-1068

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DONNIE CLARENCE STRICKLAND | ) | |

The Government's motion is hereby granted. The case is dismissed.


18 April 2010
DATE:

*Robert B. Jones signature*
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE